FILED

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0664

IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 23-0664

WALTER JOEY OVERSTREET,

        Plaintiff/Appellant,

vs.

ERIC FETTERHOFF, in his official and
individual capacities, JOHN DOES 3-7,
MONTANA HIGHWAY PATROL,
and PARK COUNTY, MONTANA,
a political subdivision, Bruce Becker,
individually, and as Park County Attorney,
Shannan Piccolo, individually, and as
Deputy Park County Attorney, STATE OF
MONTANA, and KENDRA LASSITER,
Individually, and in her official capacity as
Park County Attorney,

        Defendants/Appellees.

## ORDER FOR ADDITIONAL TIME TO FILE REPLY

Upon consideration of Appellant's Unopposed Motion for extension of time to file the reply brief, and good cause therefrom;

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 2, 2024, within which to prepare, file, and serve the reply brief.

No further extensions will be granted.

cc: Jami Rebsom
Suzanne Marshall
Mitchell Young
Jennifer Morgan
Elizabeth Leman

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 18 2024